Case 4:21-cv-02703 Document 4-1 Filed on 08/23/21 in TXSD Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas


Return

HARPER ADVANCE, LLC, and SACATELLE LLC,

*Plaintiff(s)*

v.

GLOBAL MANAGEMENT SERVICES, LLC, and ROGER MORGAN

*Defendant(s)*

Civil Action No. 4:21-cv-02703

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROGER MORGAN
6464 San Felipe Street
Apartment 3202
Houston, Texas 77057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Boone Almanza
Almanza, Blackburn, Dickie & Mitchell LLP
2301 South Capital of Texas Highway
Building H
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: August 23, 2021

s/ Joseph Wells
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roger U. Morgan
was received by me on *(date)* 5-29-21 .

☑ I personally served the summons on the individual at *(place)* 6464 San Felipe #3202 Houston, TX 77057 on *(date)* Oct 15, 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 95 for travel and $ 8 for services, for a total of $ $103.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-21
10:54 AM

_Pee RKe_ TPCI-PPO
Server's signature

Philip Klein
Printed name and title

PO 1212 ____ TX 77627
Server's address

Additional information regarding attempted service, etc: